UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Roxanne Ramos<br>    Wilfred Ramos<br><br>                Debtors | Chapter 13<br><br>Bankruptcy No. 19-17188-JKF |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 11/15/2019.

3.    This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

- The Plan does not appear to be feasible.

    WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 04/20/2020                              Respectfully submitted,

                                                            */s/ Polly A. Langdon, Esq.*
                                                            Polly A. Langdon, Esq.
                                                            for
                                                            Scott F. Waterman, Esq.
                                                            Standing Chapter 13 Trusteee
                                                           2901 St. Lawrence Avenue, Suite 100
                                                           Reading, PA  19606
                                                           Telephone: (610) 779-1313