United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17188-amc |
| Roxanne Ramos | Chapter 13 |
| Wilfred Ramos | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 13, 2021 | Form ID: 155 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roxanne Ramos, Wilfred Ramos, 7109 Valley Avenue, Philadelphia, PA 19128-3207 |
| 14422236 | + | AES Members 1st Federal Credit Union, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 14422237 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14422238 | + | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14422241 | + | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14422242 | | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14455848 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14422243 | + | Citibank/Best Buy, Attn: Bankruptcy Dept., PO Box 790441, Saint Louis, MO 63179-0441 |
| 14422244 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14422249 | + | Comenitycapital/prcpgd, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14452194 | + | PINGORA LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 14430075 | | Pingora Loan Servicing, LLC, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14552811 | + | Pingora Loan Servicing, LLC, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14422251 | + | Police & Fire Federal Credit Union, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14455877 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14422260 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52409 |
| 14422258 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14422259 | + | Teresita V. Zamuco, 7109 Valley Avenue, Philadelphia, PA 19128-3207 |
| 14438196 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14436519 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14422261 | + | Wells Fargo Bank NA, Attn: Bankruptcy Department, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14454802 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14455523 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14482347 | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14422239 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 14 2021 03:23:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14437500 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 14 2021 03:21:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14422245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2021 03:12:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14422248 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2021 03:12:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 18125, Columbus, OH 43218 |

Case 19-17188-amc    Doc 50    Filed 01/15/21    Entered 01/16/21 00:54:03    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 155 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14422246 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2021 03:12:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14422247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2021 03:12:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14452709 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2021 03:12:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14422250 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 14 2021 03:13:00 | Flagstar Bank, Attn: Bankrutpcy Dept, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14454079 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2021 03:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14422240 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 14 2021 03:19:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14452854 | + | Email/Text: unger@members1st.org | Jan 14 2021 03:13:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14445614 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 03:21:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14452705 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2021 03:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14452704 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2021 03:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14422252 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:19:31 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14422253 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:19:31 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14422254 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:23:07 | Synchrony Bank / Mastercard, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14422255 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:19:31 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14422256 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:23:07 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14422257 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:19:31 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14456235 | + | Email/Text: bncmail@w-legal.com | Jan 14 2021 03:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14466732 | *+ | Pingora Loan Servicing, LLC, Flagstar Bank F.S.B., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14455526 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 19-17188-amc    Doc 50    Filed 01/15/21    Entered 01/16/21 00:54:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: 155 | Total Noticed: 45 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021                                      Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Wilfred Ramos brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor Roxanne Ramos brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Pingora Loan Servicing  LLC robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Pingora Loan Servicing  LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Roxanne Ramos and Wilfred Ramos
      Debtor(s)                                         Chapter: 13

                                                                             Bankruptcy No: 19−17188−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 13th day of January, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                              Ashely M. Chan
                                                              Judge ,
                                                              United States Bankruptcy Court