Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-17188-AMC**

Roxanne Ramos  
Wilfred Ramos  
7109 Valley Avenue  
Philadelphia  PA   19128

Petition Filed Date: 11/15/2019  
341 Hearing Date: 12/20/2019  
Confirmation Date: 01/13/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $100.00 | | 05/17/2021 | $100.00 | | 06/21/2021 | $100.00 | |
| 07/19/2021 | $100.00 | | 08/16/2021 | $100.00 | | 09/20/2021 | $100.00 | |
| 10/19/2021 | $100.00 | | 11/16/2021 | $100.00 | | 12/20/2021 | $100.00 | |
| 01/18/2022 | $100.00 | | 02/22/2022 | $100.00 | | 03/21/2022 | $100.00 | |
| 04/18/2022 | $100.00 | | 05/16/2022 | $100.00 | | 06/21/2022 | $100.00 | |
| 07/18/2022 | $100.00 | | | | | | | |

**Total Receipts for the Period: $1,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Roxanne Ramos | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,255.00 | $3,255.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $717.46 | $0.00 | $717.46 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $319.43 | $0.00 | $319.43 |
| 5 | FREEDOM MORTGAGE CORPORATION »» 005 | Mortgage Arrears | $211.21 | $211.21 | $0.00 |
| 6 | QUANTUM3 GROUP LLC as agent for »» 006 | Unsecured Creditors | $3,521.66 | $65.00 | $3,456.66 |
| 7 | QUANTUM3 GROUP LLC as agent for »» 007 | Unsecured Creditors | $630.85 | $0.00 | $630.85 |
| 8 | QUANTUM3 GROUP LLC as agent for »» 008 | Unsecured Creditors | $2,096.38 | $32.83 | $2,063.55 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $3,816.96 | $70.44 | $3,746.52 |
| 10 | QUANTUM3 GROUP LLC as agent for »» 010 | Unsecured Creditors | $691.42 | $0.00 | $691.42 |
| 11 | QUANTUM3 GROUP LLC as agent for »» 011 | Unsecured Creditors | $3,136.76 | $52.05 | $3,084.71 |
| 12 | DEPARTMENT STORE NATIONAL BANK »» 012 | Unsecured Creditors | $2,213.29 | $34.69 | $2,178.60 |
| 13 | MEMBERS 1ST FCU »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17188-AMC**

| # | Creditor | Class | Amount | Paid | Balance |
|---|---|---|---:|---:|---:|
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $4,220.91 | $66.13 | $4,154.78 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Unsecured Creditors | $4,477.05 | $70.16 | $4,406.89 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC »» 016 | Unsecured Creditors | $4,751.40 | $74.45 | $4,676.95 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 017 | Unsecured Creditors | $718.74 | $0.00 | $718.74 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $627.29 | $0.00 | $627.29 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC »» 019 | Unsecured Creditors | $8,408.86 | $147.39 | $8,261.47 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC »» 020 | Unsecured Creditors | $2,174.41 | $34.08 | $2,140.33 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC »» 021 | Unsecured Creditors | $1,330.60 | $17.16 | $1,313.44 |
| 22 | WELLS FARGO »» 022 | Unsecured Creditors | $3,047.59 | $50.59 | $2,997.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS LLC »» 023 | Unsecured Creditors | $3,022.95 | $50.20 | $2,972.75 |
| 24 | WELLS FARGO BANK NEVADA NA »» 024 | Unsecured Creditors | $9,175.07 | $160.79 | $9,014.28 |
| 25 | WELLS FARGO BANK NEVADA NA »» 025 | Unsecured Creditors | $6,556.92 | $108.87 | $6,448.05 |
| 26 | CITIBANK NA »» 026 | Unsecured Creditors | $7,712.56 | $128.00 | $7,584.56 |
| 27 | CITIBANK NA »» 027 | Unsecured Creditors | $1,787.21 | $32.97 | $1,754.24 |
| 28 | CITIBANK NA »» 028 | Unsecured Creditors | $5,016.27 | $78.63 | $4,937.64 |
| 29 | CITIBANK NA »» 029 | Unsecured Creditors | $7,802.31 | $129.50 | $7,672.81 |
| 30 | POLICE & FIRE FCU »» 030 | Unsecured Creditors | $4,879.51 | $76.44 | $4,803.07 |
| 31 | POLICE & FIRE FCU »» 031 | Unsecured Creditors | $1,573.30 | $15.90 | $1,557.40 |
| 32 | TD BANK USA NA »» 032 | Unsecured Creditors | $4,643.75 | $72.76 | $4,570.99 |
| 33 | CITY OF PHILADELPHIA (LD) »» 033 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $5,800.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $5,035.24 | Arrearages: | ($200.00) |
| Paid to Trustee: | $505.40 | Total Plan Base: | $8,400.00 |
| Funds on Hand: | $259.36 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.