| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-17188-AMC

Roxanne Ramos  
Wilfred Ramos  
7109 Valley Avenue  
Philadelphia  PA    19128

Petition Filed Date: 11/15/2019  
341 Hearing Date: 12/20/2019  
Confirmation Date: 01/13/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $100.00 | | 09/19/2022 | $100.00 | | 10/18/2022 | $100.00 | |
| 11/21/2022 | $100.00 | | 12/19/2022 | $100.00 | | 01/17/2023 | $100.00 | |
| 02/21/2023 | $100.00 | | 03/20/2023 | $100.00 | | 04/17/2023 | $100.00 | |
| 05/15/2023 | $100.00 | | 06/20/2023 | $100.00 | | 07/17/2023 | $100.00 | |

**Total Receipts for the Period: $1,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Roxanne Ramos | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,255.00 | $3,255.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $717.46 | $15.25 | $702.21 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $319.43 | $0.00 | $319.43 |
| 5 | FREEDOM MORTGAGE CORPORATION »» 005 | Mortgage Arrears | $211.21 | $211.21 | $0.00 |
| 6 | QUANTUM3 GROUP LLC as agent for »» 006 | Unsecured Creditors | $3,521.66 | $104.09 | $3,417.57 |
| 7 | QUANTUM3 GROUP LLC as agent for »» 007 | Unsecured Creditors | $630.85 | $15.17 | $615.68 |
| 8 | QUANTUM3 GROUP LLC as agent for »» 008 | Unsecured Creditors | $2,096.38 | $50.37 | $2,046.01 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $3,816.96 | $112.80 | $3,704.16 |
| 10 | QUANTUM3 GROUP LLC as agent for »» 010 | Unsecured Creditors | $691.42 | $15.31 | $676.11 |
| 11 | QUANTUM3 GROUP LLC as agent for »» 011 | Unsecured Creditors | $3,136.76 | $86.92 | $3,049.84 |
| 12 | DEPARTMENT STORE NATIONAL BANK »» 012 | Unsecured Creditors | $2,213.29 | $53.17 | $2,160.12 |
| 13 | MEMBERS 1ST FCU »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $4,220.91 | $117.01 | $4,103.90 |

Chapter 13 Case No. 19-17188-AMC

| | | | | | |
|---|---|---|---|---|---|
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Unsecured Creditors | $4,477.05 | $124.13 | $4,352.92 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC »» 016 | Unsecured Creditors | $4,751.40 | $131.69 | $4,619.71 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 017 | Unsecured Creditors | $718.74 | $15.26 | $703.48 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $627.29 | $15.04 | $612.25 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC »» 019 | Unsecured Creditors | $8,408.86 | $248.57 | $8,160.29 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC »» 020 | Unsecured Creditors | $2,174.41 | $52.26 | $2,122.15 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC »» 021 | Unsecured Creditors | $1,330.60 | $33.26 | $1,297.34 |
| 22 | WELLS FARGO »» 022 | Unsecured Creditors | $3,047.59 | $84.49 | $2,963.10 |
| 23 | JEFFERSON CAPITAL SYSTEMS LLC »» 023 | Unsecured Creditors | $3,022.95 | $83.84 | $2,939.11 |
| 24 | WELLS FARGO BANK NEVADA NA »» 024 | Unsecured Creditors | $9,175.07 | $271.18 | $8,903.89 |
| 25 | WELLS FARGO BANK NEVADA NA »» 025 | Unsecured Creditors | $6,556.92 | $181.81 | $6,375.11 |
| 26 | CITIBANK NA »» 026 | Unsecured Creditors | $7,712.56 | $213.77 | $7,498.79 |
| 27 | CITIBANK NA »» 027 | Unsecured Creditors | $1,787.21 | $49.53 | $1,737.68 |
| 28 | CITIBANK NA »» 028 | Unsecured Creditors | $5,016.27 | $139.11 | $4,877.16 |
| 29 | CITIBANK NA »» 029 | Unsecured Creditors | $7,802.31 | $216.25 | $7,586.06 |
| 30 | POLICE & FIRE FCU »» 030 | Unsecured Creditors | $4,879.51 | $135.23 | $4,744.28 |
| 31 | POLICE & FIRE FCU »» 031 | Unsecured Creditors | $1,573.30 | $31.96 | $1,541.34 |
| 32 | TD BANK USA NA »» 032 | Unsecured Creditors | $4,643.75 | $128.70 | $4,515.05 |
| 33 | CITY OF PHILADELPHIA (LD) »» 033 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,000.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $6,192.38 | Arrearages: | ($200.00) |
| Paid to Trustee: | $605.40 | Total Plan Base: | $8,400.00 |
| Funds on Hand: | $202.22 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.