| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-17188-AMC

Roxanne Ramos  
Wilfred Ramos  
7109 Valley Avenue  
Philadelphia  PA    19128

Petition Filed Date: 11/15/2019  
341 Hearing Date: 12/20/2019  
Confirmation Date: 01/13/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $100.00 | | 09/19/2023 | $100.00 | | 10/18/2023 | $100.00 | |
| 11/21/2023 | $100.00 | | 12/18/2023 | $100.00 | | 01/16/2024 | $100.00 | |
| 02/20/2024 | $100.00 | | 03/18/2024 | $100.00 | | 04/15/2024 | $100.00 | |
| 05/20/2024 | $100.00 | | 06/17/2024 | $100.00 | | 07/15/2024 | $100.00 | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Roxanne Ramos | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,255.00 | $3,255.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $717.46 | $15.25 | $702.21 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $319.43 | $0.00 | $319.43 |
| 5 | FREEDOM MORTGAGE CORPORATION »» 005 | Mortgage Arrears | $211.21 | $211.21 | $0.00 |
| 6 | QUANTUM3 GROUP LLC as agent for »» 006 | Unsecured Creditors | $3,521.66 | $139.36 | $3,382.30 |
| 7 | QUANTUM3 GROUP LLC as agent for »» 007 | Unsecured Creditors | $630.85 | $15.17 | $615.68 |
| 8 | QUANTUM3 GROUP LLC as agent for »» 008 | Unsecured Creditors | $2,096.38 | $81.04 | $2,015.34 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $3,816.96 | $151.02 | $3,665.94 |
| 10 | QUANTUM3 GROUP LLC as agent for »» 010 | Unsecured Creditors | $691.42 | $15.31 | $676.11 |
| 11 | QUANTUM3 GROUP LLC as agent for »» 011 | Unsecured Creditors | $3,136.76 | $121.24 | $3,015.52 |
| 12 | DEPARTMENT STORE NATIONAL BANK »» 012 | Unsecured Creditors | $2,213.29 | $85.57 | $2,127.72 |
| 13 | MEMBERS 1ST FCU »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $4,220.91 | $163.19 | $4,057.72 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Unsecured Creditors | $4,477.05 | $173.12 | $4,303.93 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC »» 016 | Unsecured Creditors | $4,751.40 | $183.69 | $4,567.71 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 017 | Unsecured Creditors | $718.74 | $15.26 | $703.48 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $627.29 | $15.04 | $612.25 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC »» 019 | Unsecured Creditors | $8,408.86 | $332.78 | $8,076.08 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC »» 020 | Unsecured Creditors | $2,174.41 | $84.11 | $2,090.30 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC »» 021 | Unsecured Creditors | $1,330.60 | $50.29 | $1,280.31 |
| 22 | WELLS FARGO »» 022 | Unsecured Creditors | $3,047.59 | $117.85 | $2,929.74 |
| 23 | JEFFERSON CAPITAL SYSTEMS LLC »» 023 | Unsecured Creditors | $3,022.95 | $116.92 | $2,906.03 |
| 24 | WELLS FARGO BANK NEVADA NA »» 024 | Unsecured Creditors | $9,175.07 | $363.03 | $8,812.04 |
| 25 | WELLS FARGO BANK NEVADA NA »» 025 | Unsecured Creditors | $6,556.92 | $265.48 | $6,291.44 |
| 26 | CITIBANK NA »» 026 | Unsecured Creditors | $7,712.56 | $312.18 | $7,400.38 |
| 27 | CITIBANK NA »» 027 | Unsecured Creditors | $1,787.21 | $67.45 | $1,719.76 |
| 28 | CITIBANK NA »» 028 | Unsecured Creditors | $5,016.27 | $194.00 | $4,822.27 |
| 29 | CITIBANK NA »» 029 | Unsecured Creditors | $7,802.31 | $315.80 | $7,486.51 |
| 30 | POLICE & FIRE FCU »» 030 | Unsecured Creditors | $4,879.51 | $188.60 | $4,690.91 |
| 31 | POLICE & FIRE FCU »» 031 | Unsecured Creditors | $1,573.30 | $49.39 | $1,523.91 |
| 32 | TD BANK USA NA »» 032 | Unsecured Creditors | $4,643.75 | $179.52 | $4,464.23 |
| 33 | CITY OF PHILADELPHIA (LD) »» 033 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,300.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $7,277.87 | Arrearages: | ($200.00) |
| Paid to Trustee: | $733.40 | Total Plan Base: | $8,400.00 |
| Funds on Hand: | $288.73 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.