United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17188-amc

Roxanne Ramos  Chapter 13

Wilfred Ramos

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roxanne Ramos, Wilfred Ramos, 7109 Valley Avenue, Philadelphia, PA 19128-3207 |
| 14422236 | + | AES Members 1st Federal Credit Union, Attn: Bankruptcy, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 14647492 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14430075 | | Pingora Loan Servicing, LLC, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14552811 | + | Pingora Loan Servicing, LLC, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14422259 | + | Teresita V. Zamuco, 7109 Valley Avenue, Philadelphia, PA 19128-3207 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 24 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2024 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14422237 | + | Email/PDF: bncnotices@becket-lee.com | Sep 25 2024 00:08:29 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14482347 | | Email/Text: megan.harper@phila.gov | Sep 24 2024 23:59:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14422238 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 00:08:28 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14422239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 00:08:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14437500 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2024 00:08:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14422241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:08 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14422242 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:08 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14455848 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14422243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:48 | Citibank/Best Buy, Attn: Bankruptcy Dept., PO |

Case 19-17188-amc   Doc 69   Filed 09/26/24   Entered 09/27/24 00:36:26   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 790441, Saint Louis, MO 63179-0441 |
| 14422244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:45 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14422245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2024 23:58:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14422248 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2024 23:58:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 18125, Columbus, OH 43218 |
| 14422246 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2024 23:58:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14422247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2024 23:58:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14422249 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2024 23:58:00 | Comenitycapital/prcpgd, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14452709 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2024 23:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14422250 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 24 2024 23:59:00 | Flagstar Bank, Attn: Bankrutpcy Dept, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14579023 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 24 2024 23:58:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14454079 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14422240 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2024 00:08:28 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14452854 | + | Email/Text: unger@members1st.org | Sep 24 2024 23:59:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14452194 | ^ | MEBN | Sep 24 2024 23:54:38 | PINGORA LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 14445614 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 00:08:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14422251 | + | Email/Text: bankruptcy1@pffcu.org | Sep 24 2024 23:58:00 | Police & Fire Federal Credit Union, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14455877 | + | Email/Text: bankruptcy1@pffcu.org | Sep 24 2024 23:58:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14452705 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14452704 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14422252 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:42 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14422253 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:01 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14422254 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:07 | Synchrony Bank / Mastercard, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14422255 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:43 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14422256 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:43 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14422257 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:43 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14456235 | + | Email/Text: bncmail@w-legal.com | Sep 24 2024 23:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14422258 | + | Email/Text: bncmail@w-legal.com | Sep 24 2024 23:58:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14422260 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 24 2024 23:58:00 | Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14438196 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 24 2024 23:58:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14436519 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 24 2024 23:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14422261 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 25 2024 00:08:36 | Wells Fargo Bank NA, Attn: Bankruptcy Department, 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14455523 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 25 2024 00:08:43 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14454802 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 25 2024 00:08:43 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14647493 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14466732 | *+ | Pingora Loan Servicing, LLC, Flagstar Bank F.S.B., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14455526 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

BRAD J. SADEK
    on behalf of Joint Debtor Wilfred Ramos brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
    on behalf of Debtor Roxanne Ramos brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Pingora Loan Servicing  LLC robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Pingora Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*Form 138OBJ* (6/24)−doc 67 − 66

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Roxanne Ramos ) | Case No. 19−17188−amc |
| ) | |
| ) | |
|   Wilfred Ramos ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 24, 2024                                              For The Court

                                                                                                          Timothy B. McGrath
                                                                                                           Clerk of Court